UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sharon M. Hughes, Virginia K. Dehlinger,

      Plaintiffs,

vs.

Wyeth, d/b/a Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Pfizer, Inc., Pharmacia & Upjohn Company, ESI Lederle, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc.,

      Defendants.

Civil No. 06-1469 (RHK/JSM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

    The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

    **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

    **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 19, 2006

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge

Dockets.Justia.com